IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMIE LEE WALKER, #177140,  ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:11-cv-485-MEF |
| ) | [wo] |
| KIM THOMAS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

On September 8, 2011, the Magistrate Judge issued a Recommendation (Doc. 10) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. The Recommendation (Doc. 10) is ADOPTED.

2. This case is dismissed without prejudice for failure of the plaintiff to file an amended complaint in accordance with the directives of the orders entered in this case and to file a response to this court's order

DONE this the 6th day of October, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE